CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 27 2019

JULIA C. DUDLEY, CLERK
BY: A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TONYA A. DAVIS, | ) |
| Plaintiff, | ) Civil Action No. 7:18CV00242 |
| v. | ) **FINAL ORDER** |
| ANDREW SAUL, Commissioner of Social Security, | ) By: Hon. Glen E. Conrad<br>) Senior United States District Judge |
| Defendant. | ) |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The magistrate judge's report and recommendation is **ADOPTED**;

2. The final decision of the Commissioner is **AFFIRMED**;

3. Summary judgment is **ENTERED** in favor of the Commissioner; and

4. This case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order to all counsel of record.

DATED: This 26th day of September, 2019.

_____
Senior United States District Judge